UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Charles Singleton and Sara Singleton, his wife,

    Plaintiffs,

vs.                                                  Case No. 3:08-cv-885-J-32MCR

State Farm Mutual Automobile Insurance
Company, a foreign corporation,

    Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Compulsory Physical Examination of Plaintiff (Doc. 11) filed April 30, 2009. Defendant seeks to conduct an orthopaedic examination of Plaintiff in order to enable Defendant "to properly defend the action herein." (Doc. 11, ¶2). Defendant proposes the exam be conducted by Dr. Abraham Rogozinski on Monday, May 11, 2009 at 10:00 a.m.

    Rule 35(a)(1) and (2) of the Federal Rules of Civil Procedure provides:

> The court where the action is pending may order a party whose mental or physical condition [] is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner . . .
>
> The order may be made only on motion for good cause and on notice to all parties and the person to be examined; and must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who will perform it.

Rule 35(a)(1) and (2), Fed.R.Civ.P.

-1-

According to Defendant, Plaintiff has placed his medical condition at issue by claiming to have "sustained injury and damages from the subject accident." (Doc. 11, ¶1). Additionally, Defendant notes that Plaintiff does not oppose the examination. The Court finds Plaintiff has indeed placed his physical condition into controversy, that good cause exists for the medical examination and as there is no opposition, will grant the request for examination by Dr. Rogozinski pursuant to Rule 35.

Accordingly, after due consideration, it is

**ORDERED**:

1. Defendant's Motion for Compulsory Physical Examination of Plaintiff (Doc. 11) is **GRANTED**.

2. Plaintiff shall submit to a medical examination by Dr. Abraham Rogozinski, M.D., at the Rogozinski Orthopaedic Clinic, 3716 University Boulevard South, Suite 3, Jacksonville, Florida 32216 on **May 11, 2009 at 10:00 a.m.**[1]

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 1st day of May, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

---

[1] According to the Motion, Plaintiff is to arrive at the clinic 30 minutes prior to the examination.